USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
63 WEST 104TH OWNER LLC, *et al.*,

                Plaintiffs,

        -v-

JAMES RIVER INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------X

**ORDER**

20-CV-5935 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

On December 16, 2020, plaintiffs asked the Court to withdraw their request to move for default judgment in light of their conversations with defendant's counsel in order to allow defendant to appear and submit an answer to the complaint. Dkt. No. 21. That same day, defendant submitted a notice of appearance. Dkt. No. 20. The Court granted the request on December 18, 2020. Dkt. No. 22. To date, defendant has not answered or otherwise responded to the complaint. The parties are directed to submit a status report to the Court no later than **March 4, 2021**.

    **SO ORDERED.**

Date: February 26, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge